IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DEWITT L. DAILEY, JR.,

    Plaintiff,

v.                                                 Case No. 1:12-cv-36-SPM-GRJ

CHERYL STINSON, et al,

    Defendants.

_____/

## O R D E R

Plaintiff, an inmate confined in the Alachua County Jail, initiated this case by filing a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 (Doc. 1) and a motion for leave to proceed as a pauper (Doc. 2). The Complaint is deficient in that Plaintiff did not file his Complaint on the Court's civil rights complaint form. Further, Plaintiff failed to provide a complete financial certificate and inmate account statement in support of his motion for leave to proceed as a pauper. The Court will defer further review of Plaintiff's claims pending correction of these deficiencies.

Accordingly, it is **ORDERED**:

1. The **Clerk** is instructed to send the Plaintiff blank copies of the Court's form complaint for use by prisoners in actions under 42 U.S.C. § 1983 and a blank motion to proceed in forma pauperis for use by prisoners. Plaintiff shall file an Amended Complaint, completing the complaint form in full, as well as an Amended Motion to Proceed In Forma Pauperis. Plaintiff shall file the Amended Complaint, with a service copy for each Defendant, and the Amended Motion To Proceed In Forma Pauperis **on or before March 9, 2012.**

2. A ruling on Plaintiff's motion for leave to proceed as a pauper, Doc. 2, is **DEFERRED** pending receipt of completed financial information, which must be filed with the Court **on or before March 9, 2012** .

3. Failure to comply with this Order as directed will result in a recommendation

that this case be dismissed without further notice.

**DONE AND ORDERED** this 16th day of February 2012.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge