IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DEWITT L. DAILEY, JR.,

    Plaintiff,

v.                                    Case No. 1:12-cv-36-SPM-GRJ

CHERYL STINSON, et al.,

    Defendants.

_____/

## O R D E R

On June 20, 2012,[1] the Court entered a Report and Recommendation recommending that this case be dismissed because Plaintiff failed to file an amended motion to proceed in forma pauperis and failed to file an amended complaint by June 14, 2012, the deadline previously set by the Court. (Doc. 13.) The docket reflects that on June 21, 2012 – the date the clerk docketed the report and recommendation – the clerk also docketed Plaintiff's Second Amended Complaint (Doc. 14) and Plaintiff's Second Amended Motion to Proceed In Forma Pauperis. (Doc. 15.) The certificate of mailing on each of these documents reflects that Plaintiff delivered these filings to prison officials for mailing on June 18, 2012. The postmark on each of these documents reflects a postmark of June 20, 2012. Consequently, it is apparent that Plaintiff "filed" the required documents before the Court entered and docketed the report and recommendation. Because it is evident that Plaintiff intends to prosecute this case the report and recommendation is no longer applicable and needs to be withdrawn    For these reasons the June 20, 2012 Report and Recommendation is due to be vacated and the Court will review the sufficiency of the second amended complaint and the

---

[1] The Court's Report and Recommendation was docketed by the Clerk on June 21, 2012 and presumably mailed to the Plaintiff on that date.

amended motion to proceed in forma pauperis.

Accordingly, upon due consideration, it is **ORDERED** that:

The Court's June 20, 2012 Report and Recommendation (Doc. 13) is withdrawn and the Clerk is directed to **VACATE** the Report and Recommendation.

**DONE AND ORDERED** this 22nd day of June 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge