IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DEWITT L. DAILEY, JR.,

    Plaintiff,

v.                                        Case No. 1:12-cv-36-MCR-GRJ

CHERYL STINSON, et al,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

This matter is before the Court on Plaintiff's *pro se* Second Amended Complaint ("Complaint") pursuant to 42 U.S.C. § 1983. (Doc. 14.) Because Plaintiff failed to state a claim upon which relief could be granted and failed to identify a John Doe defendant, in the Second Amended Complaint, the Court directed Plaintiff to file an amended complaint by April 18, 2013. (Doc. 28.) Plaintiff was cautioned that if he failed to respond to the Order in the time allotted, the Court would recommend dismissal of the case. Plaintiff did not respond, and on April 22, 2013, the Court entered an Order directing Plaintiff to show cause on or before May 22, 2013, as to why this case should not be dismissed for failure to comply with an order of the Court and failure to state a claim upon which relief can be granted. (Doc. 30.) Plaintiff failed to respond to the show cause order.

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for

failure to comply with an order of the Court and for failure to prosecute.

**IN CHAMBERS**, at Gainesville, Florida, this 28th day of May 2013.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.