IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DEWITT L. DAILEY, JR.,

    Plaintiff,

v.                                      Case No.: 1:12cv36/MCR/GRJ

CHERYL STINSON, et al.,

    Defendants.

_____/

**O R D E R**

Pending before the court is the magistrate judge's Report and Recommendation dated May 28, 2013 (doc. 32). The parties have been furnished a copy[1] of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

Having considered the Report and Recommendation and the record, the court concludes that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The case is DISMISSED without prejudice for failure to comply with an order of the court and for failure to prosecute.

**DONE AND ORDERED** this 2nd day of July, 2013.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] Mail was sent to the last address provided for the plaintiff but returned as undeliverable. On June 4, 2013, the Clerk re-mailed the Report and Recommendation to a newly provided address, and it has not been returned as undeliverable.